UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY ROBERSON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STRONGBRIDGE BIOPHARMA PLC, JOHN H. JOHNSON, DAVID GILL, GARHENG KONG, JEFFREY W. SHERMAN, MARTEN STEEN, HILDE H. STEINEGER,<br><br>　　　　　　　Defendants. | Case No.: 2:21-cv-03565<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

　　　Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Jeremy Roberson ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: September 9, 2021　　　　　　**BRODSKY SMITH**

　　　　　　　　　　　　　　　　By:　*/s/ Marc L. Ackerman*
　　　　　　　　　　　　　　　　　　Marc L. Ackerman
　　　　　　　　　　　　　　　　　　Evan J. Smith
　　　　　　　　　　　　　　　　　　BRODSKY SMITH
　　　　　　　　　　　　　　　　　　Two Bala Plaza
　　　　　　　　　　　　　　　　　　333 E. City Ave., Suite 805
　　　　　　　　　　　　　　　　　　Telephone: (610) 667-6200
　　　　　　　　　　　　　　　　　　Facsimile: (610) 667-9029

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*